JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MALCOLM MELVIN,** | NO. ED CV 17-01548-VBF (GJS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BUREAU OF PRISONS / D. SHINN, | |
| Respondents. | |

Pursuant to this Court's contemporaneously issued Order Construing Melvin's putative 28 U.S.C. section 2241 habeas corpus claims as civil-rights claims, Summarily Dismissing the Action Without Prejudice, Directing the Entry of Separate Judgment, and Terminating the Case, **IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.**

Dated: August 30, 2017

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE